# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMIKA R. LAWRENCE, | : | |
| Plaintiff, | : | Case No. 3:09cv00073 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| DOUGLAS W. JONES, JR., | : | |
| Defendant. | : | |

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON MARCH 6, 2009 (Doc. #3); DISMISSING PLAINTIFF'S COMPLAINT; CERTIFYING THAT AN APPEAL OF THIS DECISION AND ENTRY WOULD NOT BE TAKEN IN GOOD FAITH AND, THEREFORE, DENYING LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on March 6, 2009 (Doc. #3) is **ADOPTED** in full;

2. Plaintiff's Complaint is DISMISSED;

3. The Court certifies pursuant to 28 U.S.C. §1915(a) that for the reasons set forth in the Report and Recommendations, an appeal of this Decision and Entry would not be taken in good faith, and consequently, leave for Plaintiff

to appeal *in forma pauperis* is DENIED. Plaintiff – a nonprisoner – remains free to apply to proceed *in forma pauperis* in the United States Court of Appeals. *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999); and

4. The case is terminated on the docket of this Court.

Walter Herbert Rice
United States District Judge